IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01334-GPG

JOSEPH MEDINA,

    Applicant,

v.

LOU ARCHULETA,
THE ATTORNEY GENERAL OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Joseph Medina, is a prisoner in the custody of the Colorado Department of Corrections, currently incarcerated in Canon City, Colorado. Mr. Medina has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. (ECF No. 1). On June 24, 2015, this Court denied Applicant's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action because he had sufficient funds to pay the $5.00 filing fee. (ECF No. 4). The Court directed him to pay the $5.00 filing fee within thirty days if he wished to pursue his claims in this action. (*Id.*). The Court warned him that if he failed to pay the filing fee as directed within thirty days, the habeas corpus application would be denied without prejudice and the action dismissed without further notice. (Id.).

Applicant has failed to pay the filing fee in the time allowed and he has not submitted any additional pleadings. Therefore, the application will be denied and the

action dismissed without prejudice for failure to pay the $5.00 filing fee within the time allowed and failure to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

**ORDERED** that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to pay the $5.00 filing fee and for failure to prosecute. It is

**FURTHER ORDERED** that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  3rd  day of   August  , 2015.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court