IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01334-GPG

JOSEPH MEDINA,

    Applicant,

v.

LOU ARCHULETA,
THE ATTORNEY GENERAL OF COLORADO,

    Respondents.

ORDER

    Applicant, Joseph Medina, is a prisoner in the custody of the Colorado Department of Corrections, currently incarcerated in Canon City, Colorado. On June 22, 2015, Mr. Medina filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 2). On June 24, 2015, the Court denied Mr. Medina's motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and ordered him to pay the $5.00 filing fee within thirty days of the order if he wished to pursue his claims. (ECF No. 4).

    On August 3, 2015, the Court denied the § 2254 application and dismissed the case without prejudice pursuant to Fed.R.Civ.P. 41(b) for failure to pay the $5.00 filing fee and for failure to prosecute. It has come to the Court's attention that Mr. Medina did timely pay the $5.00 filing fee but it was mistakenly not docketed in his case. The

payment has now been docketed. (ECF No. 7).  As a result, the Court will vacate the Order of Dismissal (ECF No. 5) and Judgment (ECF No. 6) that were entered on August 3, 2015.  Accordingly, it is

ORDERED that the Order of Dismissal (ECF No. 5) and the Judgment (ECF No. 6) entered in this action on August 3, 2015, are VACATED.  It is

FURTHER ORDERED that the Clerk of the Court reinstate and return this action to the Pro Se Docket.

DATED at Denver, Colorado, this  13th  day of August, 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court